**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

United States of America,

                        Plaintiff,

v.

Approximately $60,000.00 in U.S. Currency,

                        Defendant.

_____/

Joseph Kostack

                        Claimant.

_____/

No. 3:16-CV-7201 (EDL)

**[Proposed] ORDER ON STIPULATION**
**FOR RESCHEDULING HEARING AND**
**CASE MANAGEMENT CONFERNCE**

PURSUANT TO THE STIPULATION OF THE PARTIES,

IT IS HEREBY ORDERED THAT the Case Management Conference and the hearing on

Claimant's Motion to Dismiss is rescheduled to May 9, 2017, at 9:00 a.m.

Date:   March _1_, 2017

_____
THE HONORABLE ELIZABETH LAPORTE
United States O ci kntcvg Judge

[PROPOSED] ORDER RE: SCHEDULING
CASE NO. 3:16-CV-7201 (EDL)